IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| H&R BLOCK INC. *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JAY L. HIMES, in his official capacity as Federal Trade Commission Administrative Law Judge, *et al.*,<br><br>    Defendants. | Case No. 4:24-cv-198-BP |

## JOINT MOTION FOR STAY OF PROCEEDINGS AND SUGGESTIONS IN SUPPORT

Defendants and Plaintiffs respectfully move jointly for a stay of proceedings in this Court while Plaintiffs' appeal of this Court's order denying Plaintiffs' motion for preliminary injunction is pending before the Eighth Circuit. In support of their request, Defendants and Plaintiffs state as follows:

1. On March 20, 2024, Plaintiffs filed this action seeking declaratory and injunctive relief. Compl., ECF No. 1. The same day, Plaintiffs filed a motion for preliminary injunction seeking to enjoin an administrative proceeding with a hearing scheduled for October 23, 2024. ECF No. 4. On August 1, the Court issued an order denying Plaintiffs' motion. ECF No. 28. On August 5, Plaintiffs moved for an injunction pending appeal, ECF No. 29, which the Court denied, ECF No. 35.

2. On August 8, Plaintiffs noticed an appeal of the Court's order denying their motion for preliminary injunction. Defendants' response to Plaintiffs' complaint is currently due on August 22.

3. A stay of the district court litigation would promote efficiency and preserve resources of both the Court and the parties. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997) ("The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket.").

Following the disposition of Plaintiffs' appeal, the parties would be prepared to promptly submit a joint status report proposing a schedule for the filing of Defendants' response to the complaint and any further briefing as may be necessary and appropriate.

4. For these reasons, the parties respectfully request that the Court stay this case pending disposition of the appeal in the Eighth Circuit.

Dated: August 16, 2024

Stacey R. Gilman (MO Bar #55690)
BERKOWITZ OLIVER LLP
2600 Grand Boulevard Suite 1200
Kansas City, Missouri 64108
Telephone: (816) 561-7007
Facsimile: (816) 561-1888
sgilman@berkowitzoliver.com

/s/ Hashim M. Mooppan
Hashim M. Mooppan *(admitted pro hac vice)*
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939
hmmooppan@jonesday.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

CHRISTOPHER HALL
Assistant Director

/s/ Christine L. Coogle
Christine L. Coogle
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*